UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARMAX, INC., WILLIAM NASH, ENRIQUE MAYOR-MORA, and JON DANIELS,<br><br>    Defendants. | Civil Action No. 3:25-cv-01056-RCY<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Indiana Public Retirement System hereby voluntarily dismiss this action without prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

Dated: January 15, 2026                            Respectfully submitted,


                                                   */s/ Steven J. Toll*
                                                   **COHEN MILSTEIN SELLERS
                                                   & TOLL PLLC**
                                                   Steven J. Toll (Va. Bar No. 15300)
                                                   S. Douglas Bunch
                                                   1100 New York Avenue, N.W. Suite 800
                                                   Washington, D.C. 20005
                                                   Tel.: (202) 408-4600
                                                   Fax: (202) 408-4699
                                                   stoll@cohenmilstein.com
                                                   dbunch@cohenmilstein.com

                                                   *Liaison Counsel for Plaintiff*

                                                   **LABATON KELLER SUCHAROW LLP**
                                                   Francis P. McConville (*pro hac vice* forthcoming)
                                                   Connor C. Boehme (*pro hac vice* forthcoming)
                                                   140 Broadway
                                                   New York, NY 10005
                                                   Tel.: (212) 907-0700
                                                   Fax: (212) 818-0477
                                                   fmcconville@labaton.com
                                                   cboehme@labaton.com

                                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of January, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Steven J. Toll
Steven J. Toll

2